NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWIGHT MORRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED POSTAL SERVICES, et al.,<br><br>　　　　　Defendants. | Civil Action No.: 08-2035 (JLL)<br><br>**ORDER** |

Currently before the Court is Defendant United Parcel Services's ("UPS") motion for summary judgment. For the reasons stated in this Court's corresponding Opinion,

It is on this 23rd day of November, 2009,

**ORDERED** that UPS's motion for summary judgment (CM/ECF No. 24) is GRANTED in part and DENIED in part. It is GRANTED with respect to Mr. Morris's Constitutional, NJLAD, negligence, and intentional infliction of emotional distress claims. The motion is DENIED with respect to Mr. Morris's false imprisonment claim.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE